UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
COREY BRISKIN and NICHOLAS MAGGIPINTO, on behalf of themselves and all others similarly situated,

                                                          Plaintiffs,

-against-

CITY OF NEW YORK, ERIC L. ADAMS, individually and in his official capacity as the Mayor of the City of New Yok, RENEE CAMPION, individually and in her official capacity as the Commissioner of the Office of Labor Relations of the City of New York, BILL DEBLASIO, AND ROBERT LINN,

                                                          Defendants.
------------------------------------------------------------------- x

NOTICE OF APPEARANCE

24-cv-03557(JPO)

**PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, assigned to represent Defendants in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this action be addressed to me at the address below.

Dated:      New York, New York
               July 5, 2024

                                                 **MURIEL GOODE-TRUFANT**
                                                 Acting Corporation Counsel of the
                                                   City of New York
                                                 Attorney for Defendants
                                                 100 Church Street, Rm. 2-188
                                                 New York, New York 10007
                                                 (212) 356-4076
                                                 scorinth@law.nyc.gov

                                        By:     */s/ Shemori S. Corinthian*
                                                      Shemori S. Corinthian
                                                      Assistant Corporation Counsel

cc:       All Parties Via ECF

24-cv-03557(JPO)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| COREY BRISKIN and NICHOLAS MAGGIPINTO, on behalf of themselves and all others similarly situated,<br><br>                                                Plaintiffs,<br><br>-against-<br><br>CITY OF NEW YORK, ERIC L. ADAMS, individually and in his official capacity as the Mayor of the City of New Yok, RENEE CAMPION, individually and in her official capacity as the Commissioner of the Office of Labor Relations of the City of New York, BILL DEBLASIO, AND ROBERT LINN,<br>                                                  Defendants. |
| **NOTICE OF APPEARANCE** |
| ***MURIEL GOODE-TRUFANT***<br>*Acting Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br>*100 Church Street*<br>*New York, N.Y. 10007*<br><br>*Of Counsel:  Shemori S. Corinthian*<br>*Tel:  (212) 356-4076*<br>*Matter #:  2024-050511* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  ........................................................................, 2024.*<br><br>*......................................................................................... , Esq.*<br><br>*Attorney for..............................................................................* |