

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

SHEMORI CORINTHIAN
Labor and Employment Law Division
(212) 356-4076
scorinth@law.nyc.gov

July 5, 2024

**BY ECF**

Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 706
New York, NY 10007

      Re:  <u>Briskin, et al. v. City of New York, et al.</u>
             Docket No. 24-cv-03557(JPO)

Dear Judge Oetken:

      I am an Assistant Corporation Counsel in the office of the Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York. On June 21, 2024, I was assigned to represent the Defendants in the above-referenced matter. I write to request that the Defendants' time to respond to the Complaint be extended to October 7, 2024. The current deadline to respond to the Complaint is July 9, 2024 and this is Defendants' first request for an extension of time. Plaintiffs' counsel did not consent to this proposed extension because counsel did not have authorization from the Plaintiffs. Further, Plaintiffs otherwise believe that the proposed extension is too long given Defendants' prior waiver of service. Currently no other deadline or conferences are scheduled for this action.

      Plaintiffs Corey Briskin, a former City employee within the New York County District Attorney's Office, and Nicholas Maggipinto, his husband, commenced this putative class action pursuant to the Equal Protection and Due Process Clauses of the U.S. and New York State Constitutions, 42 U.S.C §§2000e-2(a) et seq. ("Title VII"), 42 U.S.C § 1983, the New York Executive Law §§ 296, et seq. ("SHRL"), and the New York City Administrative Code §§ 8-107, et seq. ("CHRL"), asserting that they have been discriminated against on the basis of their sex and sexual orientation because Briskin's City-provided insurance excludes gay men and their families from receiving IVF treatments. The requested extension of time is necessary to allow the undersigned to investigate the facts of the case, confer with the City's Office of Labor Relations, and to formulate an appropriate response to the Complaint. Accordingly, the

Defendants respectfully request that the Court extend the time by which the Defendants must respond to the Complaint from July 9, 2024 until October 7, 2024.

                                    Respectfully Submitted,

                                    By: /s/ *Shemori S. Corinthian*
                                        Shemori S. Corinthian

cc:    Peter Romer-Friedman, Esq **(BY ECF)**
        Peter Romer-Friedman Law PLLC
        1629 K Street NW, Suite 300
        Washington, DC 20006
        peter@prf-law.com