

| | **THE CITY OF NEW YORK** | |
|---|---|---|
| **MURIEL GOODE-TRUFANT** | **LAW DEPARTMENT** | SHEMORI CORINTHIAN |
| *Corporation Counsel* | 100 CHURCH STREET | Labor and Employment Law Division |
| | NEW YORK, NY 10007 | (212) 356-4076 |
| | | scorinth@law.nyc.gov |

December 2, 2025

**BY ECF**

Honorable Jeannette A. Vargas
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 706
New York, NY 10007

   Re: Briskin, et al. v. City of New York, et al.
     Docket No. 24-cv-03557(JAV)

Dear Judge Vargas:

  I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and I represent the Defendants in the above-referenced matter. I write to respectfully request an extension of time to respond to Plaintiffs' December 1, 2025 letter motion to compel, which raises various discovery disputes over the scope of Defendants' ESI searches. See Dkt. No. 38. Defendants' response is due on December 3, 2025.

  The requested extension is needed to allow defense counsel sufficient time to prepare an appropriate response while balancing other internal deadlines in unrelated matters. Defendants respectfully request an extension of time until December 9, 2025, to respond. Plaintiffs have not consented to this requested extension because Plaintiffs' counsel finds it unacceptable that the City of New York only has the undersigned working on this matter and asserts that the lack of staffing by the City and requests for lengthy extensions have caused the case to be unreasonably delayed. This is the Defendants' first request for an extension of time to respond to Plaintiffs' December 1, 2025, letter motion, and the requested extension will not affect any other scheduled dates in this matter.

                Respectfully Submitted,

                By: /s/ *Shemori S. Corinthian*
                  Shemori S. Corinthian

cc: Peter Romer-Friedman, Esq **(BY ECF)**
David Berman
Peter Romer-Friedman Law PLLC
Attorneys For Plaintiffs
1629 K Street NW, Suite 300
Washington, DC 20006
peter@prf-law.com
berman@prf-law.com