

December 2 , 2025

The Honorable Jeannette A. Vargas
United States District Judge
500 Pearl Street
New York, NY 10007

    Re:    *Briskin v. City of New York et al.*, No. 24 Civ. 03557-JAV

Dear Judge Vargas:

    We represent Plaintiffs Corey Briskin and Nicholas Maggipinto in this matter. We write to respond to Defendants' request for an extension of time to reply to Plaintiffs' Motion to Compel.

    Defendants' letter misstates Plaintiffs' position. Plaintiffs' counsel told Defendants' counsel that Plaintiffs would consent to an extension until Friday, December 5, 2025, which would give Defendants four-and-a-half days to respond to a four-page letter. And Plaintiffs' counsel were willing to consider consenting to a longer extension if Defendants' counsel would identify the other deadlines she had and why a longer extension was needed. But Defendants did not identify any such deadlines and then filed the instant extension request.

    Finally, as set forth in Plaintiffs' Motion, the parties' counsel have been meeting and conferring on these issues for over a month and Defendants' counsel should be familiar with the issues and Plaintiffs' positions on those issues.

    Plaintiffs' counsel also note that we did not object to Ms. Corinthian's staffing on the case, but rather we objected to the fact that only a single lawyer from the Law Department is staffed to this complex civil rights class action, which has repeatedly caused delays in this case. The City has requested an extension of every deadline to file a responsive pleading or motion in this case—including requesting 150 days to file an answer the complaint—and now has not produced a single document of ESI, despite having submitted their responses and objections to Plaintiffs' Requests for Production of Documents promising a production "within 30 days" almost a year ago. *See* Ex. A to Pls. Motion to Compel. Defendants' counsel acknowledged as much at the October 27, 2025, status conference in which she stated that the delay in ESI production was largely because Defendants only have a single attorney to review a large volume of ESI for production. While it is, of course, Defendants' prerogative how to staff their cases, their decision to staff this case with only a single lawyer has unquestionably caused undue delay and does not obviate Defendants' discovery obligations.

                Respectfully submitted,

        /s/ Peter Romer-Friedman           /s/ David Berman