

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
L**AW** D**EPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

SHEMORI CORINTHIAN
Labor and Employment Law Division
(212) 356-4076
scorinth@law.nyc.gov

December 15, 2025

**BY ECF**

Honorable Jeannette A. Vargas
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 706
New York, NY 10007

      Re:   Briskin, et al. v. City of New York, et al.
             Docket No. 24-cv-03557(JAV)

Dear Judge Vargas:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and I represent Defendants in the above-referenced matter. I write respectfully to request a brief extension of time to respond to Plaintiffs' December 12, 2025 motion to compel additional ESI searches. See Dkt. No. 43. Defendants' response is currently due on December 16, 2025.

      The request underlying Plaintiffs' motion was first raised with Defendants in a brief email communication on Wednesday, December 10, 2025. Despite Plaintiffs' decision to proceed with motion practice two days later, the parties did not engage in any good-faith meet-and-confer by telephone or videoconference, as required by Your Honor's Individual Rules and Practices. Defendants were not presented with any proposed search terms and, as a result, cannot meaningfully assess the scope, proportionality, or review burden of the searches Plaintiffs now seek to compel. Nor had Defendants stated that the parties were at an impasse on the issues raised in the motion. Plaintiffs' decision to file the motion under these circumstances renders it premature.

      Nonetheless, should the Court consider the motion, Defendants respectfully request a brief extension of time to prepare an appropriate response while balancing other internal deadlines. Defendants therefore request an extension until December 18, 2025, to file their response. Plaintiffs have consented to this request, and the requested extension will not affect any other scheduled dates in this matter.

                                                      Respectfully Submitted,

                                                      By: /s/ *Shemori S. Corinthian*
                                                         Shemori S. Corinthian

cc:     Peter Romer-Friedman, Esq **(BY ECF)**
        David Berman, Esq
        Peter Romer-Friedman Law PLLC
        Attorney For Plaintiffs
        1629 K Street NW, Suite 300
        Washington, DC 20006
        peter@prf-law.com
        berman@prf-law.com

Case 1:24-cv-03557-JAV   Document 44   Filed 12/15/25   Page 2 of 2