UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                        :
COREY BRISKIN, et al.,                  :
                        :
            Plaintiffs,          :
                        :      24-CV-03557 (JAV)
      -v-                    :
                        :      <u>ORDER</u>
CITY OF NEW YORK, et al.,       :
                        :
            Defendants.       :
                        :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      As stated on the record during the conference held on December 20, 2025, Plaintiffs' Motion to Compel, ECF No. 38, is GRANTED IN PART AND DENIED IN PART. Plaintiffs' request to compel an ESI search of the City Law Department custodians is DENIED. With respect to the dispute regarding searches of the individually named defendants, Defendants shall inquire with former Mayor Bill de Blasio as to whether he engaged in any communications regarding the subject matter of this lawsuit after leaving office. With respect to ESI searches of press spokespeople, Plaintiffs' request to include the City Law Department's two most senior communications and public affairs officials as custodians is DENIED.

      On December 12, 2025, Plaintiffs filed an additional motion to compel. ECF No. 43 ("Second Motion to Compel"). On December 15, 2025, the Court granted a two-day extension of time for Defendants to respond. ECF No. 45. As discussed during the conference, the parties are strongly encouraged to meet and confer to practically resolve the issues at the center of the Second Motion to Compel. Accordingly, the Court further extended the time for Defendants to respond to the Second Motion to Compel to December 23, 2025.

2

The Clerk of Court is directed to terminate ECF No. 38.

SO ORDERED.

Dated: December 22, 2025  
       New York, New York

                                                JEANNETTE A. VARGAS  
                                                United States District Judge