UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
COREY BRISKIN and NICHOLAS MAGGIPINTO, on behalf of themselves and all others similarly situated,

                                              Plaintiffs,

-against-

CITY OF NEW YORK, ERIC L. ADAMS, individually and in his official capacity as the Mayor of the City of New Yok, RENEE CAMPION, individually and in her official capacity as the Commissioner of the Office of Labor Relations of the City of New York, BILL DEBLASIO, and ROBERT LINN,

                                              Defendants.
------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

Case No. 24-CV-03557-JAV

**PLEASE TAKE NOTICE** that Assistant Corporation Counsel Zachary T. Ellis of the Office of the Corporation Counsel of the City of New York shall now appear as counsel of record for Defendants in the above-captioned action.  Accordingly, I respectfully request that all future correspondence, filings, and any other communications or information relating to this matter be addressed to me at the address below.

Dated: New York, New York
         February 25, 2026

                                            Respectfully submitted,

                                            **STEVEN BANKS**
                                            Corporation Counsel of the City of New York
                                            *Attorney for Defendants*
                                            100 Church Street, Room 2-104
                                            New York, New York 10007
                                            (212) 356-0839
                                            zellis@law.nyc.gov

                                            By:    /s/
                                                        ZACHARY T. ELLIS
                                                        Assistant Corporation Counsel

CC:     All counsel of record (via CM/ECF)