UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
COREY BRISKIN, et al.,                                                 :
                                                                       :
                               Plaintiffs,                             :
                                                                       :        24-CV-03557 (JAV)
          -v-                                                          :
                                                                       :        ORDER
CITY OF NEW YORK, et al.,                                              :
                                                                       :
                               Defendants.                             :
                                                                       :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

As stated on the record during the conference held earlier today, Plaintiffs' Motion to Compel, ECF No. 56, is GRANTED IN PART AND DENIED IN PART. Plaintiffs' request to compel the DANY and Mayor's Office documents within two business days is DENIED. With respect to the questions posed in Plaintiffs' February 10, 2026 email, the issue was discussed during the conference, whereas the Court strongly encouraged the parties to meet and confer, on a weekly basis, and to establish and sustain robust communications during the ESI document production period. Responses to the questions posed in Plaintiffs' February 10, 2026 email are to be included in those communications. Accordingly, Plaintiffs' request to compel Defendants' responses to Plaintiffs' February 10, 2026 email is GRANTED.

With respect to Plaintiffs' third request, seeking an update as to the status of ESI discovery, Defendants provided a comprehensive presentation and update as to the status of ESI discovery during the conference held earlier today. Accordingly, Plaintiffs' request to compel an update as to the status of ESI discovery is DENIED AS MOOT.

Defendants' letter motion for an extension of the fact discovery deadline shall be due

**March 20, 2026**.  Plaintiffs' response shall be submitted on **March 23, 2026.**

    The Clerk of Court is directed to terminate ECF No. 56.

    SO ORDERED.

Dated:  March 20, 2026
       New York, New York

                                          JEANNETTE A. VARGAS
                                          United States District Judge