UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                      :
COREY BRISKIN, et al.,                                :
                                                      :
                              Plaintiffs,             :
                                                      :              24-CV-03557 (JAV)
        -v-                                            :
                                                      :              ORDER
CITY OF NEW YORK, et al.,                              :
                                                      :
                              Defendants.             :
                                                      :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        The parties to this litigation have submitted a joint application for a stay of

this litigation and all pending deadlines in order to pursue private mediation of all

potential class claims.  ECF Nos. 86 and 87.  The Court GRANTS the motion for a

stay.  All existing deadlines are adjourned sine dia.

        The parties shall submit a joint status report on the progress of mediation by

September 15, 2026.  The Clerk of Court is directed to mark this matter as stayed

on the docket, and to terminate ECF Nos. 86 and 87.

        SO ORDERED.

Dated:  May 21, 2026                        _____
        New York, New York                       JEANNETTE A. VARGAS
                                                 United States District Judge