THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**ZACHARY T. ELLIS**
*Assistant Corporation Counsel*
Labor and Employment Law Division
(212) 356-0839
zellis@law.nyc.gov

November 20, 2026

**Via CM/ECF**
Honorable Jeannette A. Vargas
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 703
New York, New York 10007

Re: *Briskin*, et al. *v. City of New York*, et al.
Case No. 1:24-cv-03557-JAV

Dear Judge Vargas:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, representing Defendants in the above-referenced action. I write on behalf of the parties to inform the Court that a first mediation session before a privately retained mediator was held on November 17, 2026, and that Plaintiffs served Defendants with a written, detailed post-mediation settlement proposal the next day, on November 18, 2026. Defendants have informed Plaintiffs that they will be providing Plaintiffs, in writing, with their general impressions of the same, as well as the general parameters of what form a counter-proposal could take, by November 23, 2026. The parties will then, to the extent necessary, meet and confer to discuss whether there is a viable path to a settlement at this time. Furthermore, the parties will file a second joint status letter by November 30, 2026, indicating either: (1) that they believe that there is such a path forward and that the parties will be scheduling a second mediation session, together with a request that the discovery deadlines in this case continue to be adjourned *sine die* in the interim; or (2) that they do not believe that there is such a path forward, together with proposed new discovery deadlines.

In the meantime, the parties respectfully request that the Court maintain the *sine die* adjournment of the discovery deadlines in this matter up to and including November 30, 2026.

Respectfully submitted,

/s/
ZACHARY T. ELLIS
Assistant Corporation Counsel

cc: All counsel of record (via CM/ECF)